**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **13–71793–FJS**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on May 10, 2013.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors -- Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations.**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Alberto Rosario
aka Rico Rosario, aka Alberto Rico Rosario
421 Oak Gate Drive
Chesapeake, VA 23320

| | |
|---|---|
| Case Number:   13–71793–FJS<br>Office Code:   2 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>xxx–xx–0672 |
| Attorney for Debtor(s) (name and address):<br>Ronald D. Slaven Jr.<br>Ronald D. Slaven, Jr., P.C.<br>134 Battlefield Blvd. S.<br>Chesapeake, VA 23322<br>Telephone number:  (757) 547–8080 | Bankruptcy Trustee (name and address):<br>Tom C. Smith, Jr.<br>P.O. Box 1506<br>Virginia Beach, VA 23451<br>Telephone number:  (757) 428–3481 |

### Meeting of Creditors:
Date: **June 18, 2013**     Time: **01:00 PM**
Location: **Office of the U.S. Trustee, 200 Granby Street, Room 120, Norfolk, VA 23510**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:**
**August 19, 2013**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>600 Granby St., Room 400<br>Norfolk, VA 23510 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Date:  May 13, 2013 |

# EXPLANATIONS   B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Norfolk. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Norfolk. See address on front side of this notice. |

– – Refer to Other Side for Important Deadlines and Notices – –

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007−1, 1007−3, and 2003−1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004−2 and 6007−1.
**PHOTOCOPIES:** May be obtained by contacting Creative Assistant at (757) 624−9990 or by fax at (757) 624−9998.
**PAYMENT OF FEES FOR NEWPORT NEWS CASE AND ADVERSARY FILINGS AND MISCELLANEOUS REQUESTS:**
**Newport News:** non−debtor's check, money order, cashier's check or any authorized non−debtor's credit card; for security reasons, no cash accepted at Newport News location.
**Norfolk:** same as above; however cash is accepted.
*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://vaeb.uscourts.gov/ebn/index.htm or call, toll free: 877−837−3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

```
                          United States Bankruptcy Court
                          Eastern District of Virginia
In re:                                                            Case No. 13-71793-FJS
Alberto Rosario                                                   Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0422-8          User: atkinsj              Page 1 of 2        Date Rcvd: May 13, 2013
                              Form ID: B9A               Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2013.
db           +Alberto Rosario,   421 Oak Gate Drive,   Chesapeake, VA 23320-9519
11787805     +ADT,   1501 Yamato Rd,   Boca Raton, FL 33431-4438
11787807     +CBCS, Department CM,   250 East Town Street,   Columbus, OH 43215-4631
11787808     +Credit Control Corp.,   11821 Rock Landing Drive,   Newport News, VA 23606-4207
11787809     +Crystal C. Rosario,   200 Sable Palm Lane,   Apt. 106,   Chesapeake, VA 23320-1735
11787810     +Crystal Rosario,   200 Sable Palm Lane,   Apt 106,   Chesapeake, VA 23320-1735
11787811     +Department of Veterans Affairs,   P.O. Box 530269,   Atlanta, GA 30353-0269
11787812     +Hampton VA Medical Center,   100 Emancipation Drive,   Hampton, VA 23667-0001
11787814     +Midland Mortgage,   999 NW Grand Blvd,   Oklahoma City, OK 73118-6116
11790653     +Office of the U.S. Attorney,   101 W Main St., Ste 8000,   World Trade Center,
               Norfolk, VA 23510-1671
11787818     +Revenue Collect,   P.O. Box 2103,   Mechanicsburg, PA 17055-2103
11787820     +THD/CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
11787822     +Verizon Fios,   One Verizon Way,   Basking Ridge, NJ 07920-1097

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: rslaven@slaven-law.com May 14 2013 02:01:43      Ronald D. Slaven, Jr.,
               Ronald D. Slaven, Jr., P.C.,   134 Battlefield Blvd. S.,   Chesapeake, VA   23322
tr           +EDI: QTCSMITH.COM May 14 2013 14:00:00      Tom C. Smith, Jr.,   P.O. Box 1506,
               Virginia Beach, VA 23451-9506
11787806     +EDI: HFC.COM May 14 2013 14:00:00      Best Buy,   26525 N. Riverwoods Blvd,
               Lake Forest, IL 60045-3438
11787813      EDI: IRS.COM May 14 2013 14:00:00      IRS,   Centralized Insolvency Operati,   PO BOX 21126,
               Philadelphia, PA 19114-0000
11787815     +EDI: CBSAAFES.COM May 14 2013 14:00:00      Military Star,   3911 S Walton Walker Blvd,
               Dallas, TX 75236-1509
11787816     +EDI: NFCU.COM May 14 2013 14:00:00      Navy Federal Credit Union,   P.O. Box 3000,
               Merrifield, VA 22119-3000
11787817     +E-mail/Text: colleen.atkinson@rmscollect.com May 14 2013 02:10:06
               Receivables Management Systems,   P.O. Box 8630,   Richmond, VA 23226-0630
11787819      EDI: NEXTEL.COM May 14 2013 14:00:00      Sprint,   PO Box 4191,   Carol Stream, IL 60197-0000
11787821     +EDI: USAA.COM May 14 2013 14:00:00      USAA,   P.O. Box 47504,   San Antonio, TX 78265-7504
                                                                                              TOTAL: 9

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 15, 2013**          **Signature:**   *Joseph Speetjens*

```
District/off: 0422-8           User: atkinsj              Page 2 of 2            Date Rcvd: May 13, 2013
                               Form ID: B9A              Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2013 at the address(es) listed below:
          Ronald D. Slaven, Jr.   on behalf of Debtor Alberto  Rosario rslaven@slaven-law.com, pamela@slaven-law.com,nina@slaven-law.com
          Tom C. Smith, Jr.   trustee@tomcsmith.com,  tcsmith@ecf.epiqsystems.com
                                                                                                                                                                                    TOTAL: 2

Case 13-71793-FJS    Doc 5    Filed 05/15/13    Entered 05/16/13 02:41:46    Desc Imaged
Certificate of Notice    Page 4 of 4